

# Fourth Court of Appeals
## San Antonio, Texas

May 30, 2018

No. 04-18-00134-CV

**IN INTEREST OF I.S.F.P., A CHILD**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-028
Honorable Bill R. Palmer, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that the costs of this appeal are taxed against appellants.

It is so **ORDERED** on May 30, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of May, 2018.

_____
Keith E. Hottle, Clerk of Court